JESSE R. FORD, Respondent, v. ISAAC WHITE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Clark, J., not sitting.

HARRY G. SMITH and Another, Respondents, v. NICHOLAS A. GALANOS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ESTHER SIBLEY FITHIAN, Respondent, v. Rev. O. H. SIBLEY, Appellant.— Order affirmed, with costs. All concur.

MICHAEL IUPPA and Another, Respondents, v. AARON ANGERT and Others, Appellants.— Order reversed and motion denied, without costs. Held, that section 813-a of the Code of Civil Procedure does not apply to an undertaking given under the provisions of the Mechanics' Lien Law * to effect a discharge of the lien. All concur, except Lambert, J., who dissents.

GLENN W. WOODIN, as Trustee in Bankruptcy, etc., Respondent, v. STANLEY F. NOWAK, etc., and Others, Impleaded with THADIUS NOWAK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the appellant to withdraw the demurrer and to answer within twenty days upon payment of the costs of the motion and of this appeal. All concur; Lambert, J., not sitting.

NATIONAL STARCH COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur, except Hubbs, J., not voting.

FERTIG L. HECKATHORN, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the plaintiff made out a *prima facie* case. The inference is permissible from the evidence that the proximate cause of the sudden stopping of the train, which caused plaintiff to fall and to be injured, was the negligent management of the engine by the engineer. All concur, except De Angelis, J., who dissents and votes for affirmance.

EMMA B. LILLIBRIDGE, Respondent, v. JAMESTOWN BREWING COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

---

* See Lien Law, § 19, subd. 4. Since amd. by Laws of 1916, chap. 507.— [REP.